LAW OFFICES OF WILLIAM V. PERNIK
William Pernik, State Bar Number 245394
40 Central Avenue, Suite 4
Salinas, California 93901
Tel.: (831) 222-3922
Fax: (831) 515-3657

Attorney for Jose Benitez Ramirez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 5:19-cr-00228-LHK-1 |
| Plaintiff, | ~~STIPULATION AND~~ ORDER TO CONTINUE THE STATUS CONFERENCE |
| vs. | |
| JOSE BENITEZ RAMIREZ, | |
| Defendant. | |

The United States, by and through its counsel of record, and defendant, Jose Benitez Ramirez, by and through his counsel of record, (collectively, the "Parties"), agree and stipulate:

Whereas, the defendant made his last Court appearance on MAY 20, 2019. On that date, the Court scheduled a status conference for July 31, 2019 ECF No. 11

Whereas, the Parties have been made aware the court is unavailable on July 31, 2019.

Whereas, the Parties agree and stipulate herein that the matter should be continued to the next available court date of ~~August 7, 2019~~ August 1, 2019.

Respectfully submitted,

DATED: July 26, 2019         /s/  Jeffrey Backhus
                             JEFFREY A. BACKHUS
                             Assistant United States Attorney

|                    | /s/  William V. Pernik          |
|---|---|

                    /s/  William V. Pernik
                    WILLIAM V. PERNIK
                    Attorney for Jose Benitez Ramirez

## ORDER

Upon agreement and stipulation of the United States, the defendant Jose Benitez Ramirez, and their respective counsel of record, and good cause appearing, IT IS HEREBY ORDERED that, the status conference is hereby continued until ~~August 7, 2019.~~ August 1, 2019.

IT IS SO ORDERED.

DATED: ~~July 26, 2019~~ July 29, 2019

_____
HONORABLE LUCY H. KOH
United States District Judge

LAW OFFICES OF
WILLIAM V. PERNIK